IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL WILSON YOUNG,

    Petitioner,                   No. CIV -S-04-0389 DFL KJM P

    vs.

JOE MCGRATH,

    Respondent.             ORDER
_____/

Petitioner has requested an extension of time to file an amended application for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's June 3, 2005 request for an extension of time is granted; and

    2. Petitioner is granted until July 6, 2005 to file an amended application for writ of habeas corpus.

DATED: June 24, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
mcgr0389.111