IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL WILSON YOUNG,

    Petitioner,               No. CIV-S-04-0389 DFL KJM P

   vs.

JOE MCGRATH,

    Respondent.          ORDER

_____/

       Petitioner, a state prisoner, has filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Respondent is directed to file an answer within sixty days from the date of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the amended application.  Rule 5, Rules Governing Section 2254 Cases;

       2. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney General.

DATED: May 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
youn0389.100(7.6.05)