IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL WILSON YOUNG,

    Petitioner,                    No. CIV-S-04-0389 DFL KJM P

    vs.

JOE MCGRATH,

    Respondent.                  **ORDER**

_____ /

    Respondent has requested an extension of time to file a reply to petitioner's objections to the court's February 2, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's request for an extension of time is granted; and

    2. Respondent is granted until March 22, 2007 to file a reply to petitioner's objections to the court's February 2, 2007 findings and recommendations.

DATED: March 9, 2007.

_____
U.S. MAGISTRATE JUDGE

1
youn0389.111