IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL WILSON YOUNG,

      Petitioner,                    No. CIV S-04-0389 DFL KJM P

  vs.

JOE MCGRATH, et al.,

      Respondents.                ORDER

_____/

        In accordance with the March 29, 2007 order issued by the district judge assigned to this case, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's amended application for writ of habeas corpus within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases; and

/////

/////

/////

/////

1

          2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer.

DATED: April 13, 2007.

                                                  */s/ Signature*
                                                  U.S. MAGISTRATE JUDGE

1
youn0389.100(3.29.07)