IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL WILSON YOUNG,

      Petitioner,                 No. CIV S-04-0389 RRB KJM P

   vs.

JOE MCGRATH, et al.,

      Respondents.        <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file his traverse. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's July 12, 2007 request for an extension of time is granted; and

      2. Petitioner has until July 19, 2007 to file his traverse.

DATED: July 16, 2007.

_____
U.S. MAGISTRATE JUDGE

1
youn0389.111(a)