BARBARA MICHEL
Attorney at Law
California State Bar No. 95503
P.O. Box 12535
Berkeley CA 94712
Telephone (510) 841-4338
e-mail barbaramichel@sbcglobal.net

Attorney for Petitioner
Miguel Wilson Young



FILED

SEP 2 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL WILSON YOUNG,

    Petitioner,

v.

JOE MCGRATH,

    Respondent.

No. CIV-S-04-0389 DFL KJM P

(~~PROPOSED~~) ORDER FOR
EXTENSION OF TIME
TO FILE OBJECTIONS

Petitioner Miguel Wilson Young, having moved this court for an order extending the time in which to file Objections herein from September 20, 2007, to October 5, 2007, and upon good cause therefor demonstrated, IT IS HEREBY ORDERED that said time be extended to and include October 5, 2007.

Dated: 09/25/2007

United States ~~Magistrate~~ District Judge