IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIGUEL WILSON YOUNG,** | CIV-S-04-0389 JKS KJM |
| Petitioner, | **ORDER** |
| v. | |
| **JOE MCGRATH,** | |
| Respondent. | |

Good cause appearing, the time for the filing of Respondent's reply to Petitioner's objections is extended to and including October 22, 2007.

DATED this 10th day of October 2007.

_____
James K. Singleton, Jr.
Sr. United States District Judge

[Proposed] Order

1