IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL WILSON YOUNG,<br><br>　　　　　　　Petitioner,<br><br>　vs.<br><br>JOE MCGRATH,* et al.,<br><br>　　　　　　　Respondents. | Case No. 2:04-cv-00389 (JKS)<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

　　　　On September 5, 2007, the magistrate judge filed findings and recommendations herein, which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days.  Petitioner has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

---

　　* The original application named Joe McGrath as the Respondent.  However, recent filings from Petitioner have listed David L. Runnels in the caption.  As the Petitioner has filed nothing to indicate a substitution of parties is appropriate, this Court continues to presume Joe McGrath is the correct Respondent.

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed September 5, 2007, are adopted in full; and
2. Petitioner's application for writ of habeas corpus is denied.

Dated this the 29th day of November 2007.

                                          /s/ James K. Singleton, Jr.
                                        **JAMES K. SINGLETON, JR.**
                                          United States District Judge

ORDER